IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF FLORIDA

CARNELL BUTLER
    Plaintiff

vs                                     CIVIL CASE# 3:17 CV 00421-MCR/GRJ

SYNCHRONY BANK
    Defendant

**SYNCHRONY BANK**

    Comes Now, Carnell Butler Plaintiff, hereby files fraud charges against the defendant Synchrony Bank.

    On May 13, 2017 approximately 4:29p.m. the plaintiff/consumer contacted Midland Funding to dispute the account on the grounds that they have not sent to the consumer the required documentation such as the original contract with the consumers wet signature and documentation showing that they are licensed, bonded and insured to collect funds from a consumer in a different state.

    While talking with the representative on the phone, the consumer identified himself and stated that this conversation will be recorded also and the person asking the consumer for his social security number in which the consumer advised the representative that he does not give out his social security number to a collection agency and gave her the account number which she stated the consumers last four of his social security number, the consumer did not give this information to the representative and does not know how this information came about in the hands of a collection agency.

    The question here is how did Midland Funding come about getting this information if the plaintiff/consumer did not relinquish this information.

    On May 15th 2017 time 12:00p.m., the plaintiff contacted Synchrony Bank to enquire of how Midland Funding got the consumers social security number and was told that they sold the information to Midland Funding, the consumer explained that they did not have the authorization, they Synchrony Bank stated they did have the authority and authorization and

the plaintiff ask to see the regulation the representative stated that she will send it to the consumer in writing.

The plaintiff stated that he did not want anything in writing but wants to see the regulation stating this fact and all of a sudden the manager stated that she could not supply this documentation, the consumer asked the representative you are not going to provide this regulation or you just don't want to and she stated that she is not going to provide this information at all.

Your Honor, this is considered fraud, deceit and identity theft, for Synchrony Bank had no authorization from the consumer to sell such information to a debt collector without the express permission from the consumer for the things that is going on in our society where people are having their identity stolen from them because of what some companies are doing to gain a buck.

Let us look at what the meaning of fraud is and how consumers are being robbed of their identity: Involving dishonesty or "Fraudulent Acts", In essence, fraud is the intentional deception of a person or entity by another made for monetary or personal gain. Fraud offenses always include some sort of false statement, misrepresentation or deceitful conduct.  Fraud can also occur when a person deliberately practices deception in order to gain something.

Your Honor, I would like to say that I have worked in Hospitals and for the United Stated Government that P.P.I is the meaning of Protection of Personal Identifiable Information.  While being trained in this area is to assure that the customers information does not fall into the wrong hands by shredding documents and making sure that once leaving a computer station all systems are shut down and that no thumb drives are used to retrieve valuable information.

The plaintiff asks this Honorable Court to grant summary judgement against all defendants for none compliance.  Your Honor it is not my intention to dictate to you of how to run a court room that is why you wear the rob to assure that justice is served the correct way and all evidence is properly weighed out. The plaintiff seeks $580,000.00 from all defendants for harassment, fraud and the selling of personal information.

Your Honor I just want to thank you for taking the time in looking into this situation.

Done this ____23 20____, Day of ____June____, 2017

____Carnell Butler____,
Carnell Butler
7050 Moore Ave
Pensacola Florida 32526-3108  (850)261-8239