UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARNELL BUTLER,

    Plaintiff,

v.                                      Case No. 3:17-cv-421-MCR-GRJ

SYNCHRONY BANK,

    Defendant.

_____/

## **O R D E R**

This cause comes before the Court on consideration of the Magistrate Judge's Report and Recommendation dated December 14, 2017. ECF No. 12. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted. Accordingly, it is **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED WITH PREJUDICE.

3. The Clerk is DIRECTED to close the file.

**DONE AND ORDERED** this 16th day of February, 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**